PETER C. LAGARIAS (SBN 77091)
ROBERT S. BOULTER (SBN 153549)
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff Charina Garcia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARINA GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>DOCTOR'S ASSOCIATES, INC., a Florida corporation, PARAMDEEP DHINDSA, an individual, SUBWAY DEVELOPMENT SAN FRANCISCO – BAY AREA, INC., a California corporation.<br><br>  Defendants. | Case No. 3:06-CV-01337-JSW<br><br>STIPULATION EXTENDING FILING DEADLINE FOR CASE MANAGEMENT CONFERENCE FILING AND CASE MANAGEMENT CONFERENCE |

The parties through their respective counsel of record, Peter C. Lagarias, Esq., Lagarias & Boulter, LLP, for plaintiff Charina Garcia, and Karen Marchiano, Esq., Sonnenschein Nath & Rosenthal LLP, for defendants Doctor's Associates, Inc, Paramdeep Dhinsa, and Subway Development San Francisco Bay Area, Inc., having a case management statement due by June 2, 2006, and a case management conference set for June 9, 2006, hereby request and stipulate to

///

1

those dates being continued for at least one month until dates convenient to the court in anticipation to their completing a settlement which is expected in the next couple of weeks.

DATED: May 31, 2006

LAGARIAS & BOULTER, LLP

_____
Peter C. Lagarias, Esq.

Attorneys for Plaintiff Charina Gilbert

DATED: May 31, 2006

SONNENSCHEIN NATH & ROSENTHAL, LLP

_____
Karen Marchiano, Esq.

Attorneys for Defendants Doctor's Associates, Inc., Paramdeep Dhindsa, and Subway Development San Francisco – Bay Area, Inc.

## ORDER GRANTING CONTINUANCE

The parties having stipulated to continue the case management conference filing date and the case management hearing, and for good cause shown regarding settlement discussions, the date for filing case management conference statements herein is extended until July 14, 2006, and the case management conference is continued until July 21, 2006, at _____ before this court.

Dated: June 1, 2006

_____
Jeffrey S. White, United States District Court Judge